UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

Plaintiff,

v.

KYEONG PARK,

Defendant.

Case No. 25-cv-07431-EKL

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On January 6, 2026, the Court denied Plaintiff's motion to proceed in forma pauperis because he had amassed at least six dismissals pursuant to 28 U.S.C. § 1915(g) and failed to demonstrate that he was under imminent danger at the time he filed the complaint. ECF No. 9 at 1-3. Plaintiff was provided twenty-one days to pay the full filing fee to proceed with this case. *Id*. He was warned that the failure to pay the filing fee would result in the dismissal of this action. *Id*. at 3. The time to pay the filing fee has passed and Plaintiff has not paid the fee or otherwise communicated with the Court. This case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: February 23, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California